**William Earl GORHAM,**
**Plaintiff–Appellant,**

v.

**Colon WILLOUGHBY; Wake County;**
**State of North Carolina,**
**Defendants–Appellees.**

No. 02–7726.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

William Earl Gorham, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Earl Gorham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gorham v. Willoughby,* No. CA–02–561–H (E.D.N.C. Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*